(79 South. 334)

No. 23097.

STATE v. LARK.

In re LARK.

(June 29, 1918.)

Anderson Lark was convicted of an offense against the liquor laws, and he applies for certiorari and prohibition. Judgment annulled, and relator discharged.

Thomas W. Robertson, of Minden, for applicant.

MONROE, C. J. The party defendant in this case is different, but the facts disclosed, the relief prayed for, and the law applicable thereto are the same, as in the case of "State v. Ad. Block, In re Ad. Block, applying," etc. (No. 23096) 79 South. 332,[1] this day decided. For the reasons assigned in the opinion therein handed down, therefore, it is ordered that the conviction and sentence herein appealed from be annulled, and the relator discharged.

O'NIELL, J., concurs in the decree.